```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JESSICA ELAINE WOLFE          :     CIVIL ACTION
                              :
          v.                  :
                              :
JEFFREY A. BEARD, et al.      :     NO. 10-2566
```

ORDER

AND NOW, this 28th day of February, 2012, upon consideration of Zimmer and Pallott's Motion for Summary Judgment (Docket No. 54), the opposition thereto, and the Court's review of the pro se plaintiff's statements to the Court, IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that the defendants' motion is DENIED.

The Court shall hold an on-the-record telephone call with the parties on April 5, 2012 at 9:30 A.M. to discuss scheduling the remainder of the case. Chambers will initiate the call.

```
                         BY THE COURT:


                         /s/ Mary A. McLaughlin
                         MARY A. McLAUGHLIN, J.
```