IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSICA ELAINE WOLFE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JEFFREY A. BEARD, et al. | : | NO. 10-2566 |

ORDER

AND NOW, this 31st day of May, 2013, following a bench trial held before the Court on September 10-11, 2012, and upon consideration of the parties' post-trial memoranda, IT IS HEREBY ORDERED, for the reasons stated in a memorandum bearing today's date, that:

1. On the plaintiff's Eighth Amendment claim, judgment is hereby ENTERED in favor of defendant Andre Zimmer and against the plaintiff.

2. On the plaintiff's retaliation claim, judgment is hereby ENTERED in favor of defendant Sylvia Pallott and against the plaintiff.

3. The Clerk shall mark this case as CLOSED.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.